AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

DeSANTO ROLLINS

*Plaintiff(s)*

v.   Civil Action No. 3:23-CV-356-GHD-RP

LANE KIFFIN in his individual capacity and in his official capacity as Head Football Coach for the University of Mississippi, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LANE KIFFIN IN HIS INDIVIDUAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS HEAD FOOTBALL COACH FOR THE UNIVERSITY OF MISSISSIPPI
UNIVERSITY OF MISSISSIPPI DEPARTMENT OF ATHLETICS
Oxford, Mississippi 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CARROLL RHODES, ESQ.
THE LAW OFFICES OF CARROLL RHODES
P. O. BOX 588 (119 DOWNING STREET)
HAZLEHURST, MISSISSIPPI 39083
TELEPHONE: (601) 894-4323
E-MAIL: crhode@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/14/2023

s/ David Crews
Signature of Clerk or Deputy Clerk   by: jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-356-GHD-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lane Kiffin

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Elizabeth Danford, who is designated by law to accept service of process on behalf of *(name of organization)* Lane Kiffin in his individual capacity and in his official capacity as Head Football Coach for the University of Mississippi on *(date)* September 18, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 40.00 for travel and $ 45.00 for services, for a total of $ 85.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-18-23

Arthur Johnson
Server's signature

Arthur Johnson
Printed name and title

105 Lynwood Dr. Ferriday, La 71334
Server's address

Additional information regarding attempted service, etc:

**To:** crhode@bellsouth.net <crhode@bellsouth.net>; rhodeslf@bellsouth.net <rhodeslf@bellsouth.net>
**Cc:** Paul Watkins <pwatkins@mayomallette.com>
**Sent:** Monday, September 18, 2023 at 11:53:20 AM CDT
**Subject:** Rollins v UM et al (ND Miss)

Carroll,

I am an attorney in Oxford. Along with Paul Watkins (copied), I will represent the University of Mississippi and Lane Kiffin in the action you filed for DeSanto Rollins.

The Chancellor of the University and Lane Kiffin (individually and in his official capacity) have authorized me to accept service of process for them. Please instruct your process server to cease any further efforts to serve either the Chancellor or Coach Kiffin.

Also, due to the complexity of the Complaint and obligations in other legal matters, I ask that you consent to a response deadline of Wednesday, November 8, 2023, for both the University and Coach Kiffin. Please let me know if I may represent to the Court that you consent to this enlargement of time.

Thank you for your cooperation.

Cal Mayo

**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford

E: cmayo@mayomallette.com
O: 662.236.0055  D: 662.513.4897
C: 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
mayomallette.com



ELIZABETH DANFORD
ldanford@mayomallette.com
Direct: (662) 236-8026

September 18, 2023

Elizabeth Danford is authorized to accept process for Chancellor Glenn Boyce and Coach Lane Kiffin on behalf of Cal Mayo.

*Liz Danford*

mayomallette.com
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
662.236.0055