IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DeSANTO ROLLINS**                                                                **PLAINTIFF**

**V.**                                                                                            **NO: 3:23-cv-356**

**LANE KIFFIN, in his individual capacity and in his official capacity as the Head Football Coach for the University of Mississippi; et al.**          **DEFENDANTS**

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION TO FILE THEIR REBUTTAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

This matter is before the Court on Defendants' Joint Motion for Extension of Time to File Their Rebuttal in Support of Defendants' Motion to Dismiss (ECF No. 21). Seeing no opposition from Plaintiff, and finding good cause shown, it is hereby **ORDERED** that Defendants' Joint Motion for Extension (ECF No. 21) is **GRANTED**. The deadline for Defendants to file their Rebuttal in Support of Defendants' Motion to Dismiss is extended to and includes December 5, 2023.

**SO ORDERED AND ADJUDGED**, this the 27th day of November, 2023.

                                                       **/s/ Michael P. Mills**
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**