# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DeSANTO ROLLINS**                                              **PLAINTIFF**

**VS.**                      **CIVIL ACTION NO. 3:23-CV-356-MPM-RP**

**LANE KIFFIN, in his individual capacity and in his official capacity as the Head Football Coach for the University of Mississippi; UNIVERSITY OF MISSISSIPPI; and JOHN DOES 1-10**        **DEFENDANTS**

_____

### AMENDED NOTICE OF CONVENTIONAL FILING
_____

COME NOW the plaintiff, DeSanto Rollins, and hereby gives notice to all parties that the recorded conversation between Lane Kiffin and DeSanto Rollins that took place in the office of Coach Lane Kiffin on March 21, 2023 cannot be filed electronically and is being filed electronically as an exhibit to plaintiff's response to the defendants' motion to dismiss, declaration of DeSanto Rollins, and memorandum of authorities opposing the defendants' motion to dismiss. [Dkt. # 18, 18-1, and 19]. This document has been manually served on all parties.

This the 27th day of November, 2023.

                                                   Respectfully submitted,
                                                   DeSANTO ROLLINS,
                                                   PLAINTIFF

                                                   */s/ Carroll Rhodes*
                                                   CARROLL RHODES, ESQ. - MSB # 5314
                                                   LAW OFFICES OF CARROLL RHODES

POST OFFICE BOX 588  
HAZLEHURST, MISSISSIPPI 39083  
TELEPHONE: (601) 894-4323  
FACSIMILE: (601)894-1464  
E-MAIL: crhode@bellsouth.net

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, the attorney for the plaintiff, hereby certify that on November 21, 2023 I have caused to be personally served a copy of the above and foregoing pleading and thumb drive, via a courier, on the following:

| | |
|---|---|
| J. Cal Mayo, Jr., Esq.<br>Paul B. Watkins, Jr., Esq.<br>MAYO MALETTE PLLC<br>2094 Old Taylor Road, Suite 200<br>Oxford, Mississippi 38655<br>Email: cmayo@mayomallette.com<br>pwatkins@mayomallette.com<br>Attorneys for Lane Kiffin, in his official capacity as the Head Football Coach for the University of Mississippi, and the University of Mississippi | Walter G. Watkins, Jr., Esq.<br>Courtney C. Hunt, Esq.<br>FORMAN WATKINS & KRUTZ, PLLC<br>210 E. Capitol Street, Suite 2200<br>Jackson, Mississippi 39201<br>Email: wg.watkins@formanwatkins.com<br>courtney.hunt@formanwatkins.com<br>Attorneys for Lane Kiffin, in his individual capacity |

Honorable Michael P. Mills  
United States District Judge  
911 Jackson Avenue  
Oxford, Mississippi 38655

This the 27th day of November, 2023.

/s/ Carroll Rhodes  
CARROLL RHODES