**EXHIBIT**

"A"

Fri, Mar 24 at 7:25 PM

Ok since you continue to never respond to any of my calls or texts just take as long as you want/need to do whatever you want to do. We will support whatever you want to do. I have never in my 25 year career had a player that just doesn't respond or communicate with me as their coach but that's fine. Whatever you think is best.

Delivered

I'm sorry I cannot respond directly to you any more. Please direct all questions and concerns to:
Attorney Carroll Rhodes
119 Downing Street
Hazlehurst, MS 39083
Phone: (601) 894-4323
Fax: (601) 894-1464