**Subject:** Follow-up
**Date:** Tuesday, March 28, 2023 at 3:35:52 PM Central Daylight Time
**From:** Lane Kiffin <mlkiffin@olemiss.edu>
**To:** dcrollin@go.olemiss.edu <dcrollin@go.olemiss.edu>
**CC:** Josie Nicholson <JOSIEN@olemiss.edu>

DeSanto,

I wanted to send you a follow up email concerning your status with the Ole Miss Football Team. Your current scholarship agreement has not changed. As I have stated in previous text messages, I want you to focus on your well-being. While you are away from team activities, you will continue to receive academic support through the Fed Ex Academic Support Center, health-related services through Ole Miss Health & Sports Performance, as well as access to sports psychology services. When you are ready to return, please contact Josie Nicholson, Ph.D. (josien@olemiss.edu, 662-816-7730) to work with you on the transition back into team activities.

**LANE KIFFIN**
**HEAD COACH**
OLE MISS FOOTBALL
MANNING CENTER
1810 MANNING WAY
UNIVERSITY, MS 38677
MLKIFFIN@OLEMISS.EDU
OLEMISSSPORTS.COM
662-915-1564 OFFICE
662-915-6512 FAX

CONFIDENTIALITY MESSAGE: This e-mail contains CONFIDENTIAL and may contain PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.
Thank you.