

EXHIBIT "C"

**Carroll Rhodes**
crhode@bellsouth.net

Law Offices of

# Carroll Rhodes

Attorney and Counselor at law
119 Downing Street
Hazlehurst, Mississippi 39083

Mailing Address:
Post Office Box 588
Hazlehurst, MS 39083
(601) 894-4323
FAX #
(601) 894-1464

March 29, 2023

**VIAL E-MAIL ONLY**

Coach Lane Kiffin
Ole Miss Football Manning Center
1810 Manning Way
University, Mississippi 38677
mlkiffin@olemiss.edu

    Re:    Student-Athlete DeSanto Rollins

Dear Coach Kiffin:

    Please be advised that I represent the University of Mississippi ("UM") student-athlete DeSanto Rollins. Mr. Rollins is a UM football player on scholarship who has recently suffered mental health issues requiring him to seek medical mental health assistance and take a break from football. UM Athletic Department personnel were advised of this.

    On Friday, March 24, 2023 Mr. Rollins informed you and other Athletic Department personnel that all futher communications should be with his attorney. On Tuesday, March 28, 2023, you sent an e-mail to Mr. Rollins.

    Therefore, I request that you cease all direct communications with Mr. Rollins and direct all future communications to me. You should share my letter with UM counsel. UM counsel might prefer that all communications be through the lawyers..

Sincerely,

*Carroll Rhodes*
Carroll Rhodes

CR:sj
cc: Mr. DeSanto Rollins