

"D"

Thursday, September 28, 2023 at 10:24:58 Central Daylight Time

**Subject:** DeSanto Rollins - Fall 2023 Semester
**Date:** Wednesday, August 2, 2023 at 4:43:03 PM Central Daylight Time
**From:** Ane Debro <debro@olemiss.edu>
**To:** crhode@bellsouth.net <crhode@bellsouth.net>

Mr. Rhodes:

Thank you for taking the time yesterday to discuss DeSanto's return to campus for the Fall 2023 semester. After our conversation yesterday and reviewing your March 29, 2023 communication to Coach Lane Kiffin along with the May 3, 2023 Tort Claims Demand letter to the University and related parties, DeSanto should not have any contact with the individuals listed in your letter or with any of the football staff, including Coach Tom Luke.

When DeSanto returns to campus and while he in enrolled in classes, he has access to the FedEx Academic Center and the services provided by the departments in the center. Derek "Chief" Johnson, his academic counselor and Ravin Gilbert, Director of Social Responsibility and Engagement, will be his points of contact with the athletic department, until further notice. If DeSanto desires access to other athletic facilities or personnel, I would ask that you, as his attorney, contact my office to work out the specifics. The limitation on access to athletic facilities or personnel does not preclude DeSanto from accessing any general university facilities or services available to all University of Mississippi students.

Once DeSanto has been released from his physician's care, he must meet NCAA requirements to participate in team activities. DeSanto will need a pre-participation physical and a proper acclimation period, which includes strength and conditioning, to resume participation with the football team. We can discuss how to proceed with his acclimation back to team activities once he is released from his physician's care.

Please contact me if you have any questions or concerns.

Sincerely,
Ane Debro


### Angela (Ane) Redmond Debro
Associate General Counsel, Athletics
The University of Mississippi
P.O. Box 1848
University, MS 38677-1848
O: 662.915.7505
M: 662.832.3075
debro@olemiss.edu | www.olemiss.edu
Schedule an appointment - click here.