**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DeSANTO ROLLINS**                                                                        **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 3:23-cv-00356-MPM-RP**

**LANE KIFFIN, in his individual capacity and in
his official capacity as the Head Football Coach
for the University of Mississippi; UNIVERSITY
OF MISSISSIPPI; and JOHN DOES 1-10**                                       **DEFENDANTS**

**DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD**

Defendants do not oppose Plaintiff's motion to supplement the record, as the supplemental documents fully support the facts set forth in Defendant's motion. Specifically, the supplemental documents clearly show that: (1) the University and Coach Kiffin allowed Plaintiff to take a mental health break (for "as long as you want/need") from the football team beginning in February 2023 and the University arranged for Plaintiff to meet with the University's sports psychologist until Plaintiff hired a private counselor; (2) Plaintiff was not dismissed from the football team; (3) Plaintiff was invited to return to team activities when he was ready to return and released by his medical providers; (4) the University stopped communicating directly with Plaintiff to honor his request that the University communicate through his attorney; and (5) Plaintiff never sought to return to team activities, nor has he ever provided any documentation that he has been medically cleared to return to team activities. As a result, Plaintiff remained on a mental health leave the entire fall football season. Accordingly, when considering the supplemental documents, there are no genuine disputes of material fact and this Court should grant Defendants' motion and dismiss the case.

Due to the straightforward nature of this Response, Defendants respectfully request to be relieved of the requirement of a separate memorandum brief.

Respectfully submitted, this the 22d day of December 2023.

| | |
|---|---|
| **LANE KIFFIN, in his official capacity as the Head Football Coach for the University of Mississippi, and the UNIVERSITY OF MISSISSIPPI** | **LANE KIFFIN, in his individual capacity** |
| */s/ Paul B. Watkins, Jr.* | */s/ Walter G. Watkins, Jr.* |
| J. Cal Mayo, Jr. (MB No. 8492) | Walter G. Watkins, Jr. (MB No. 6988) |
| Paul B. Watkins, Jr. (MB No. 102348) | Courtney C. Hunt (MB No. 104075) |
| MAYO MALLETTE PLLC | FORMAN WATKINS & KRUTZ, LLP |
| 2094 Old Taylor Road, Suite 200 | 210 E. Capitol Street, Suite 2200 |
| Oxford, Mississippi 38655 | Jackson, Mississippi 39201 |
| Telephone: (662) 236-0055 | Telephone: (601) 960-8600 |
| Facsimile: (662) 236-0035 | Facsimile: (601) 960-8613 |
| *cmayo@mayomallette.com* | *wg.watkins@formanwatkins.com* |
| *pwatkins@mayomallette.com* | *courtney.hunt@formanwatkins.com* |
| *Attorneys for Lane Kiffin, in his official capacity as the Head Football Coach for the University of Mississippi, and the University of Mississippi* | *Attorneys for Lane Kiffin, in his individual capacity* |