### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**DESANTO ROLLINS**                                                                  **PLAINTIFF**

**v.**                                                                    **No. 3:23-cv-00356-MPM-RP**

**LANE KIFFIN, et al.**                                                           **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, it is **ORDERED AND ADJUDGED** that

the defendants' motion to dismiss [14], which was converted into a motion for summary judgment,

is **GRANTED**. The plaintiff's ADA, negligence, and gross negligence claims are **DISMISSED**

**without prejudice**. The remaining claims are **DISMISSED with prejudice**, and the case is

closed.

      **SO ORDERED** this the 31st day of January, 2024.


                         /s/ Michael P. Mills
                         **UNITED STATES DISTRICT JUDGE**
                         **NORTHERN DISTRICT OF MISSISSIPPI**